**ERIN J. RADEKIN**
**Attorney at Law - SBN 214964**
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
CLARO GARCIA SOMERA, JR.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CLARO GARCIA SOMERA, JR., et al.<br><br>Defendants. | **2:12-CR-00114 LKK**<br><br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Todd Pickles; defendant, Colin McElwee, by and through his counsel, Matthew Bockman; and defendant, Claro Garcia Somera, Jr., by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status conference, April 17, 2012 at 9:15 a.m., in the above-captioned matter, and to continue the status conference to June 19, 2012 at 9:15 a.m. in the courtroom of the Honorable Lawrence K. Karlton.

The government has provided the defense with discovery; however, the defense is still engaged in review of such discovery and other defense preparation. The Court is advised that Mr. Bockman and Mr. Pickles concur with this request and have authorized Ms. Radekin to sign this stipulation on their behalf.

The parties further agree and stipulate that the time period from the filing of this stipulation until June 19, 2012 should be excluded in computing time for commencement of trial under the

Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv), and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

Dated: April 14, 2012          BENJAMIN WAGNER
                               United States Attorney

                               By:      /s/ Erin J. Radekin for
                               TODD PICKLES
                               Assistant United States Attorney

Dated: April 14, 2012                /s/ Erin J. Radekin for
                               MATTHEW BOCKMAN
                               Attorney for Defendant
                               COLIN McELWEE

Dated: April 14, 2012                /s/ Erin J. Radekin
                               ERIN J. RADEKIN
                               Attorney for Defendant
                               CLARO GARCIA SOMERA, JR.

## **ORDER**

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference date of April 17, 2012 is VACATED and the above-captioned matter is set for status conference on June 19, 2012 at 9:15 a.m. The Court finds excludable time in this matter through June 19, 2012 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: April 16, 2012          _____
                               LAWRENCE K. KARLTON
                               SENIOR JUDGE
                               UNITED STATES DISTRICT COURT