| | |
|---|---|
| 1 | DANIEL J. BRODERICK, #89424 |
| | Federal Defender |
| 2 | MATTHEW C. BOCKMON, Bar #161566 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, California 95814 |
| | Telephone: (916) 498-5700 |
| 5 | |
| | Attorney for Defendant |
| 6 | COLIN MCELWEE |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR-S-12-0114 LKK |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] ORDER |
| v. | ) | MODIFYING CONDITIONS OF RELEASE |
| | ) | |
| COLIN MCELWEE, | ) | Date:  NONE |
| | ) | Time:  NONE |
| Defendants. | ) | Judge: Hon. Gregory G. Hollows |
| _____ | ) | |

It is hereby stipulated between the parties, Todd Pickles, Assistant United States Attorney, attorney for plaintiff and Matthew C. Bockmon, Assistant Federal Defender, attorney for defendant COLIN MCELWEE, that the Conditions of Release, Special Condition #13 be added and amended as follows: **#13 You shall participate in a cognitive behavior program and comply with all the rules and regulations of that program. You shall remain in the program until released by the Pretrial Services officer.** U.S. Pretrial Services Officers, counsel for the government, and counsel for defendant, COLIN MCELWEE, agree with the condition as set forth therein.

The U.S. Pretrial Services Office and the U.S. Attorney's Office have no objection to the proposed modification.

**IT IS SO STIPULATED**

Dated: April 13, 2012 Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Matthew C. Bockmon
_____
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
COLIN MCELWEE

Dated: April 13, 2012 BENJAMIN B. WAGNER
United States Attorney

/s/ Todd Pickles
_____
Todd Pickles
Assistant U.S. Attorney
Attorney for Plaintiff

## **O R D E R**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that as to defendant COLIN MCELWEE'S Conditions of Release, Special Condition #13 be added and amended as follows: **#13 You shall participate in a cognitive behavior program and comply with all the rules and regulations of that program. You shall remain in the program until released by the Pretrial Services officer**

**IT IS SO ORDERED.**

Dated: April 18, 2012

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE