**ERIN J. RADEKIN**
**Attorney at Law - SBN 214964**
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
CLARO GARCIA SOMERA, JR.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>  Plaintiff, <br><br> v. <br><br> CLARO GARCIA SOMERA, JR., et al. <br><br> Defendants. | **2:12-CR-00114 LKK** <br><br><br> **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Todd Pickles; defendant, Colin McElwee, by and through his counsel, Matthew Bockman; and defendant, Claro Garcia Somera, Jr., by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status conference, June 19, 2012 at 9:15 a.m., in the above-captioned matter, and to continue the status conference to August 28, 2012 at 9:15 a.m. in the courtroom of the Honorable Lawrence K. Karlton.

The reason for this request is that defense counsel are still engaged in review of discovery, investigation and defense preparation. The Court is advised that Mr. Bockman and Mr. Pickles concur with this request and have authorized Ms. Radekin to sign this stipulation on their behalf.

The parties further agree and stipulate that the time period from the filing of this stipulation until August 28, 2012 should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv), and Local

Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

Dated: June 15, 2012                                BENJAMIN WAGNER
United States Attorney

By:     /s/ Erin J. Radekin for
TODD PICKLES
Assistant United States Attorney

Dated: June 15, 2012                                /s/ Erin J. Radekin for
MATTHEW BOCKMAN
Attorney for Defendant
COLIN McELWEE

Dated: June 15, 2012                                /s/ Erin J. Radekin
ERIN J. RADEKIN
Attorney for Defendant
CLARO GARCIA SOMERA, JR.

## **ORDER**

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference date of June 19, 2012 is VACATED and the above-captioned matter is set for status conference on August 28, 2012 at 9:15 a.m. The Court finds excludable time in this matter through August 28, 2012 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: June 15, 2012

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT