**ERIN J. RADEKIN**
**Attorney at Law - SBN 214964**
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
CLARO GARCIA SOMERA, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **2:12-CR-00114 LKK** |
| Plaintiff, | |
| v. | |
| CLARO GARCIA SOMERA, JR., et al. | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| Defendants. | |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Todd Pickles; defendant, Colin McElwee, by and through his counsel, Matthew Bockman; and defendant, Claro Garcia Somera, Jr., by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status conference, August 28, 2012 at 9:15 a.m., in the above-captioned matter, and to continue the status conference to October 2, 2012 at 9:15 a.m. in the courtroom of the Honorable Lawrence K. Karlton.

The reason for this request is that the defense is still engaged in review of discovery, investigation, and other defense preparation. The Court is advised that Mr. Bockman and Mr. Pickles concur with this request and have authorized Ms. Radekin to sign this stipulation on their behalf.

The parties further agree and stipulate that the time period from the filing of this stipulation until October 2, 2012 should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv), and Local

Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

Dated: August 24, 2012  BENJAMIN WAGNER
United States Attorney

By: /s/ Todd Pickles
TODD PICKLES
Assistant United States Attorney

Dated: August 24, 2012  /s/ Matthew Bockman
MATTHEW BOCKMAN
Attorney for Defendant
COLIN McELWEE

Dated: August 24, 2012  /s/ Erin J. Radekin
ERIN J. RADEKIN
Attorney for Defendant
CLARO GARCIA SOMERA, JR.

## **ORDER**

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference date of August 28, 2012 is VACATED and the above-captioned matter is set for status conference on October 2, 2012 at 9:15 a.m. The Court finds excludable time in this matter through October 2, 2012 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: August 24, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT