**ERIN J. RADEKIN**
**Attorney at Law - SBN 214964**
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
CLARO GARCIA SOMERA, JR.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **2:12-CR-00114 LKK** |
| Plaintiff, | |
| v. | |
| CLARO GARCIA SOMERA, JR., et al. | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| Defendants. | |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Todd Pickles and defendant, Claro Garcia Somera, Jr., by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status conference, October 2, 2012 at 9:15 a.m., in the above-captioned matter, and to continue the status conference to November 14, 2012 at 9:15 a.m. in the courtroom of the Honorable Lawrence K. Karlton.

The reason for this request is that the defense needs additional time for plea negotiations and other defense preparation. The Court is advised that Mr. Pickles concurs with this request and has authorized Ms. Radekin to sign this stipulation on his behalf.

The parties further agree and stipulate that the time period from the filing of this stipulation until November 14, 2012 should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv), and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense

preparation.  It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

Dated: October 1, 2012  
BENJAMIN WAGNER  
United States Attorney

By: /s/ Todd Pickles  
TODD PICKLES  
Assistant United States Attorney

Dated: October 1, 2012  
/s/ Erin J. Radekin  
ERIN J. RADEKIN  
Attorney for Defendant  
CLARO GARCIA SOMERA, JR.

**ORDER**

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference date of October 2, 2012 is VACATED and the above-captioned matter is set for status conference on November 14, 2012 at 9:15 a.m.  The Court finds excludable time in this matter through November 14, 2012 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation.  For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: October 1, 2012

LAWRENCE K. KARLTON  
SENIOR JUDGE  
UNITED STATES DISTRICT COURT