BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Main:    (916) 554-2700
Facsimile: (916) 554-2900

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-00114 LKK |
| Plaintiff, | **ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| v. | [18 U.S.C. § 3161(h)] |
| CLARO GARCIA SOMERA, JR. | |
| Defendant. | |

On June 18, 2013, the parties appeared before the Court for a status hearing. The parties advised the Court that counsel for the defense, who was appointed at the end of January 2013, was still reviewing discovery and had also requested a plea offer from the United States, that the United States anticipated an offer would be made within the next few weeks, which counsel for defendant would need to review with this client, including reviewing discovery with respect to the factual basis, and that defense counsel needed time to discuss with the defendant the defendant's options. Based on these facts, defendant requested that the matter be continued to July 23, 2013, for a further status hearing and possible change of plea, and that time be excluded from June 18, 2013 through July 23, 2013. The United States did not oppose the request for a continuance with an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161.

1

| | |
|---|---|
| 1 | For the foregoing reasons, the Court finds that trial delay and exclusion of time is necessary to |
| 2 | provide defense counsel reasonable time to prepare his client's defense taking into account due |
| 3 | diligence. The Court further finds that the ends of justice to be served by granting the requested |
| 4 | continuance outweigh the best interests of the public and the defendant in a speedy trial. |
| 5 | Accordingly, IT IS HEREBY ORDERED that, the time period from June 18, 2013 through July |
| 6 | 23, 2013, is EXCLUDED under the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A) and T4 (18 U.S.C. |
| 7 | § 3161(h)(7)(B)(iv)), due to the need to provide defense counsel with the reasonable time to prepare. |
| 8 | IT IS SO ORDERED. |

DATED: June 24, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT