BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Main: (916) 554-2700
Facsimile: (916) 554-2900

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-00114 LKK |
| Plaintiff, | **ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| v. | [18 U.S.C. § 3161(h)] |
| CLARO GARCIA SOMERA, JR. | |
| Defendant. | |

On September 17, 2013, the parties appeared before the Court for a status hearing. The parties advised the Court that the United States had provided the defendant a formal plea offer and that counsel for the defense, who was appointed at the end of January 2013, needed to time to review the offer with his client, including reviewing discovery with respect to the factual basis and Guidelines calculations contained therein, all of which also impacts the defense counsel's trial preparations. Based on these facts, defendant requested that the matter be continued to October 22, 2013, for a possible change of plea or trail setting, and that time be excluded from September 17, 2013 and October 22, 2013. The United States did not oppose the request for a continuance with an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161.

For the foregoing reasons, the Court finds that trial delay and exclusion of time is necessary to provide defense counsel reasonable time to prepare his client's defense taking into account due

1

diligence. The Court further finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, IT IS HEREBY ORDERED that, the time period from September 17, 2013 to October 22, 2013, is EXCLUDED under the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A) and T4 (18 U.S.C. § 3161(h)(7)(B)(iv)), due to the need to provide defense counsel with the reasonable time to prepare.

IT IS SO ORDERED.

DATED: October 10, 2013

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT